**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1750**

TAMILLA L. BARNARD RAMSEY,

Plaintiff - Appellant,

v.

MICHAEL J. ASTRUE,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Dennis L. Howell, Magistrate Judge. (1:06-cv-00234-DLH)

Submitted: May 29, 2008          Decided: June 17, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

V. Lamar Gudger, III, GUDGER & GUDGER, P.A., Asheville, North Carolina, for Appellant. Gretchen C. F. Shappert, United States Attorney, Paul B. Taylor, Assistant United States Attorney, Robert J. Triba, Chief Regional Counsel, Region I, Jason W. Valencia, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamilla L. Bernard Ramsey appeals the magistrate judge's order affirming the Commissioner's decision to deny supplemental security income.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. See Ramsey v. Astrue, No. 1:06-cv-00234-DLH (W.D.N.C. June 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2000).